UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
MARY OSORTO, individually and on behalf  **Case #: 7:21-cv-03640**
of others similarly situated,
              **PLAINTIFFS' NOTICE OF**
      Plaintiff,      **ACCEPTANCE OF OFFER OF**
              **JUDGMENT**

  -against-

EL POBLANO MEXICAN REST INC.
(D/B/A EL POBLANO BAR & GRILL),
PEDRO FIERRO HERNANDEZ, and
DIANA BECERRA,

      Defendants.

--------------------------------------------------------X

TO: Louis C. La Pietra, Esq.
La Pietra & Krieger, PC
30 Glenn Street, Suite 105
White Plains, NY 10603
(914) 684-6000
Email: s

  PLEASE TAKE NOTICE that Plaintiff MARY OSORTO, hereby accept the offer of judgment made by Defendants EL POBLANO MEXICAN REST INC. (D/B/A EL POBLANO BAR & GRILL), PEDRO FIERRO HERNANDEZ, and DIANA BECERRA, pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated October 20, 2021. A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated: New York, New York    Respectfully submitted,
   October 28, 2021

              /s/Khalil Huey
              _____
              Khalil Huey, Esq.
              Michael Faillace & Associates, PC
              60 East 42nd Street, Suite 4510
              New York, NY 10165
              Michael@FaillaceLaw.com
              212-317-1200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARY OSORTO, individually and on behalf
of others similarly situated,

                Plaintiff,

Case #: 7:21-cv-03640-PMH

-against-

**RULE 68 OFFER OF JUDGMENT**

EL POBLANO MEXICAN REST INC.
(D/B/A EL POBLANO BAR & GRILL),
PEDRO FIERRO HERNANDEZ, and DIANA
BECERRA,

                Defendants.
------------------------------------------------------------------X

        Pursuant to Rule 68 of the Federal Rules of Civil Procedure, El Poblano Mexican Rest Inc. (D/B/A El Poblano Bar & Grill), Pedro Fierro Hernandez, and Diana Becerra (collectively "Defendants") offer Plaintiff, Mary Osorto (individually and on behalf of others similarly situated) to take judgment against El Poblano Rest Inc (D/B/A El Poblano Bar & Grill) on behalf of all defendants in this action, in the amount of Sixty-Five Thousand Dollars and No Cents ($65,000.00), inclusive of attorney's fees and costs accrued to date, for all claims that have been, or could be, asserted in the amended complaint based upon facts existing as of the date of acceptance of the offer.

        The sum total of Sixty-Five Thousand Dollars and No Cents (65,000.00) shall be paid in twelve (12) installments, with the payment schedule as follows:

        *1.    First installment of $5,416.74 to be paid within thirty days of the Court entering judgment against Defendants.*

1

> 2. *Second through Twelfth installments, each of $5,416.66, to be paid on a monthly basis beginning one month from the due date in paragraph 1 and ending eleven months from the due date in paragraph 1.*

If Defendants fail to make any of the payments as outlined above, Plaintiff will notify Defendant's counsel of the default via email at lou@lapietrakrieger.com. Defendants will then have seven days from the transmission of the notice to cure the default. If Defendants fail to cure the default, Plaintiff will be entitled to enforce the judgment against Defendants.

This judgment shall be in full satisfaction of all claims or rights that Plaintiff Mary Osorto (individually and on behalf of others similarly situated) may have as to damages, or any other form of relief, under 12 N.Y. C.R.R §146, 29 U.S.C §201 et seq. of the Fair Labor Standards Act of 1938 ("FLSA"); §§190 *et seq.* and 650 *et seq.* of the New York Labor Law (the "NYLL"); N.Y. Comp. Codes R. & Regs. tit. 12 §146-1.6 ("Spread of Hours Wage Order"); 29 U.S.C. § 216(b); 28 U.S.C. § 1331; 28 U.S.C. § 1367 (a); 28 U.S.C. § 1391(b) and 1391(c); NYLL 195(1) and 195(3), 12 N.Y. C.R.R §§137-3.3 and 137-3.4; 29 C.F.R § 531.56, FLSA Section 16(b), 29 U.S.C. § 216(b); FLSA, 29 U.S.C. § 203(d) and 29 U.S.C. § 203(r-s); 29 U.S.C. § 206(a); 29 U.S.C. § 255(a); 29 U.S.C. § 207(a)(1); NYLL §§ 2 and 651; NYLL §652(1); NYLL § 663; 29 C.F.R. § 531.35; NYLL §§ 193 and 198-b; NYLL §§198(1-b) and 198(1-d); NYLL § 198(3); and NYLL 198(4), arising out of the alleged acts or omissions of El Poblano Mexican Rest Inc. (D/B/A El Poblano Bar & Grill), Pedro Fierro Hernandez, and Diana Becerra and any official or employee, either past or present, of El Poblano Mexican Rest Inc. (D/B/A El Poblano Bar & Grill), in connection with the facts and circumstances that are the subject of this action, from the beginning of the world to the date of plaintiffs acceptance of this offer of judgment.

This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by any

2

of the individually named defendants, or employees of El Poblano Mexican Rest Inc. (D/B/A El Poblano Bar & Grill).

If plaintiff does not accept this offer within fourteen (14) days after service of this offer upon her, this offer will be deemed rejected.

Dated:   White Plains, NY
         October 20, 2021

Louis C. La Pietra, Esq.
La Pietra & Krieger, PC
*Attorneys for Defendants*
30 Glenn Street, Suite 105
White Plains, NY 10603
(914) 684-6000
Email: lou@lapietrakrieger.com

TO:   Khalil Huey, Esq.
      Michael Faillace & Associates, PC
      *Attorneys for Plaintiff*
      175 Adams Street 9H
      Brooklyn, NY 11201
      (650) 270-0491
      Email: khuey@faillacelaw.com

3