UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
*MARY OSORTO, individually and on behalf*
*of others similarly situated*,

                      Plaintiff,

Case #: 7:21-cv-03640-PMH

      -against-

**(PROPOSED FORM OF)**
**JUDGMENT**

EL POBLANO MEXICAN REST INC.
(D/B/A EL POBLANO BAR & GRILL),
PEDRO FIERRO HERNANDEZ, and DIANA
BECERRA,

                    Defendants.
------------------------------------------------------------------------X

## **JUDGMENT**

On October 28, 2021, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff MARY OSORTO has a judgment against EL POBLANO MEXICAN REST INC. (D/B/A EL POBLANO BAR & GRILL), PEDRO FIERRO HERNANDEZ, and DIANA BECERRA, (collectively "Defendants"), jointly and severally, in the amount of $65,000, (Sixty-Five Thousand) which is inclusive of attorneys' fees and costs.

Dated: _____, 2021

                                                                                    _____