UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
*MARY OSORTO, individually and on behalf*
*of others similarly situated*,

                Plaintiff,

-against-

EL POBLANO MEXICAN REST INC.
(D/B/A EL POBLANO BAR & GRILL),
PEDRO FIERRO HERNANDEZ, and DIANA
BECERRA,

                Defendants.
------------------------------------------------------------------------X

Case #: 7:21-cv-03640-PMH

**(PROPOSED FORM OF)**
**JUDGMENT**

## **JUDGMENT**

On October 31, 2021 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff MARY OSORTO has a judgment against EL POBLANO MEXICAN REST INC. (D/B/A EL POBLANO BAR & GRILL), PEDRO FIERRO HERNANDEZ, and DIANA BECERRA, (collectively "Defendants"), jointly and severally, in the amount of $65,000, (Sixty-Five Thousand) which is inclusive of attorneys' fees and costs.

**SO ORDERED:**

Dated: _____, 2021

                                        _____
                                        PHILIP M. HALPERN
                                        UNITED STATES DISTRICT JUDGE